IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PHARM-OLAM INTERNATIONAL, LTD., )
                                )
            Plaintiff,           )
                                )
    v.                           )    1:14CV1000
                                )
CYTOKINETICS, INC., and          )
DATATRAK INTERNATIONAL, INC.,    )
                                )
            Defendant.           )

**JUDGMENT**

On August 24, 2015, the United States Magistrate Judge's Memorandum Opinion and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 37, 38.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant Cytokinetics, Inc.'s Motion to Dismiss the Complaint, and in the alternative, Transfer (Doc. 15), in which Defendant Datatrak International, Inc., has joined (Doc. 36), is **GRANTED** and that this action is **DISMISSED**.

This the 16th day of September, 2015.

              _____
                    United States District Judge